FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CRYSTAL MORRELL,

                Plaintiff,

   v.

WENATCHEE SCHOOL DISTRICT
NO 246, and JOSEPH ACCARDO,

                Defendants.

NO:  2:18-CV-373-RMP

ORDER OF DISMISSAL WITH
PREJUDICE

---

BEFORE THE COURT is a Stipulated Motion for Order of Dismissal with

Prejudice and without Costs, ECF No. 15.  Having reviewed the Stipulation and the

record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Order of Dismissal with Prejudice and without

   Costs, **ECF No. 15**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed with prejudice and without fees or costs

   to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    3.  All pending motions, if any, are **DENIED AS MOOT**.

2    4.  All scheduled court hearings, if any, are **STRICKEN**.

3    **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

4 Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

5 **close this case**.

6    **DATED** August 20, 2019.

7

8                             *s/ Rosanna Malouf Peterson*
                             ROSANNA MALOUF PETERSON
                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2