# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2019

SEAN F. McAVOY, CLERK

CRYSTAL MORRELL,

_____
*Plaintiff*

v.

WENATCHEE SCHOOL DISTRICT NO. 246, and
JOSEPH ACCARDO,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:18-CV-373-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The Stipulated Motion for Order of Dismissal with Prejudice and without Costs, ECF No. 15, is GRANTED.  Plaintiff's
Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge _____ Rosanna Malouf Peterson _____ on a motion for

for order of dismissal .

Date:  August 20, 2019 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*

Virginia Reisenauer